IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY BASS, #122504, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:13-cv-088-WHA |
| | ) | |
| KIM THOMAS, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #27), entered on February 18, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's Complaint against Defendants Thomas and Hetzel is DISMISSED without prejudice for lack of jurisdiction.

2. Defendants Dillard's and Strange's Motions for Summary Judgment (Docs. #13 and #17) are GRANTED.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the Plaintiff.

DONE this 14th day of March, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE